**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| SAUL ENRIQUE ZETINO | * |
| | * |
| PLAINTIFF, | * |
| | * |
| v. | *   CASE NO.:  1:14-cv-340-RJL |
| | * |
| NATION PARKING, LLC | * |
| | * |
| DEFENDANT. | * |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule Civil Procedure 41(a)(1)(A)(ii), the parties hereby dismiss all claims alleged in this matter against Defendant, <u>with prejudice</u>.  Such action is proper under the Federal Rules as this Stipulation is signed, by electronic means, by all attorneys of record.

The parties understand that pursuant to 29 U.S.C. § 216(c), settlement and waiver of claims under the Fair Labor Standards Act requires approval of either the Department of Labor or the Court. The parties, however, do not desire or otherwise request Court approval of their settlement.  Rather, the parties request <u>only</u> dismissal, with prejudice.

WHEREFORE, the parties hereby notify the Court that this matter is dismissed, <u>with prejudice, each party to bear its own attorneys fees' and costs, except as otherwise agreed in writing</u>.

Respectfully submitted, Respectfully submitted,

/s/   Gregg C. Greenberg /s/  Michael L. Stevens
Gregg C. Greenberg (Fed. Bar MD17291) Michael L. Stevens (D.C. Bar No. 384887)
Zipin, Amster & Greenberg, LLC Arent Fox LLP
836 Bonifant Street 1717 K Steet, NW
Silver Spring, Maryland 20910 Washington, DC  20036
Phone: (301) 587-9373 Phone:  (202) 857-6382
Fax: (301) 587-9397 Fax:  (202) 857-6395
ggreenberg@zipinlaw.com michael.stevens@arentfox.com

*Counsel for Plaintiff* *Counsel for Defendant*